THOMAS *against* RUMSEY.

Where a representative in congress is libelled in respect to his official conduct, a special jury may be awarded.

J. RUSSEL, for the plaintiff, moved for a special jury in this cause. He read an affidavit, that the suit was brought against the defendant, " for publishing a false and scandalous libel, of and concerning the plaintiff's official conduct, as a representative in the congress of the *United States*."

*Foot*, contra.

*Per Curiam.* It is not necessary that the plaintiff should be an *officer*, in the strict sense of the word. The act authorises the court to direct a special jury, in cases which they may deem *intricate* and *important*. We consider, that where a person holds a place of high public trust and confidence, and is libelled in relation to his official capacity, it is a case of such importance, as the public have a deep interest in the character of its officers and magistrates, that we will grant a struck jury. It is on this principle, that the court have granted special juries, in actions where public officers were libelled. If the application was now to be made for the first time, we

might, perhaps, be induced to refuse it in cases of libel; but the rule is settled, and this case comes within the principle of former decisions ; we are of opinion, that the motion ought to be granted.

Rule granted.